

40 Broad Street -- 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Lloyd Ambinder**
Tel. 212.943.9081
Lambinder@vandallp.com

August 9, 2019

**VIA ECF**
Honorable Magistrate Judge Sarah Netburn
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

RE:  *Aviles, et al. v. Hard Rock Cafe International (USA), Inc.*, **17 CV 9723**

Dear Judge Netburn:

      This firm represents Plaintiffs in the above-referenced wage and hour action. I write on consent of my adversary and in advance of the September 10, 2019 Fairness Hearing to advise you of a couple of minor revisions to the Joint Stipulation of Settlement and Release ("Agreement") enclosed herewith and filed via ECF.

      Specifically, there are two minor amendments to the Agreement: (1) in Paragraph 3.6 (D) to account for a 50/50 1099/W-2 split for the settlement payments made to the Named Plaintiffs and Opt-in Plaintiffs; and (2) to clarify language in Paragraphs 3.2(C) and 3.5(B)(3) regarding the settlement disbursement process.  The previous Agreement called for a single W-2 payment, and contained somewhat confusing language regarding the check disbursement date.

      Thank you.

                                  Respectfully submitted,

                                  /s/ Lloyd Ambinder

Enc.
cc:    Defendant's counsel (via ECF)
LA/