UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY AVILES, BRADLEY DURBIN AND STANLA LINDOR, individually and on behalf of other persons similarly situated,<br><br>*Plaintiffs*,<br><br>- against -<br><br>HARD ROCK CAFE INTERNATIONAL (USA) INC.,<br><br>*Defendant*. | Case No. 17-CV-9723 (SN)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declarations, the exhibits annexed thereto, and the Memorandum of Law in Support, the undersigned will move this Court before United States Magistrate Judge Sarah Netburn, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, on September 10th, 2019, at 10:00 a.m. for final approval of the proposed settlement, including (a) certifying the Rule 23 Class for purposes of settlement only, (b) entering judgment in accordance with the Agreement, (c) approving the settlement and terms of the Agreement as final, fair, reasonable, adequate, and binding on all Rule 23 Class Members who have not timely opted out, (d) approving the FLSA settlement, (e) dismissing the litigation with prejudice, and (f) approving costs to the settlement administrator from the QSF, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
        September 3, 2019

VIRGINIA & AMBINDER, LLP
s/ Lloyd Ambinder
Lloyd Ambinder, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
lambinder@vandallp.com

*Attorneys for Plaintiff and Proposed Class Counsel*

To:
BAKER & HOSTETLER LLP
Amy J. Traub
Saima Z. Sheikh
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
Telephone: 212-589-4200
Facsimile: 212-589-4

*Attorneys for Defendant*